569.170, RSMo 2000, and concurrent sentences of six years imprisonment on each count. He claims that defense counsel was ineffective for failing to provide him with the depositions of two police officers, which indicated that the arresting officer lacked probable cause to arrest him. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment of the motion court is affirmed. Rule 84.16(b).

**Elijah ZAKKA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73366.**

Missouri Court of Appeals,
Western District.

Feb. 28, 2012.

Laura G. Martin, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Richard A. Starnes, Jefferson City, MO, for respondent.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, THOMAS H. NEWTON, Judge and KAREN KING MITCHELL, Judge.

## ORDER

PER CURIAM:

Elijah Zakka appeals from the motion court's denial of his Rule 24.035 motion. Zakka argues that the motion court erred because he received ineffective assistance of counsel. More specifically, Zakka claims that his trial counsel improperly advised him regarding the State's plea offer, and as a result of that improper advice, Zakka pleaded guilty to the class A felony of domestic assault in the first degree. We affirm. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**J.D.H., Appellant.**

**No. WD 73399.**

Missouri Court of Appeals,
Western District.

Feb. 28, 2012.

Ellen H. Flottman, District Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, John Winston Grantham, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, and THOMAS H. NEWTON and KAREN KING MITCHELL, Judges.

## Order

PER CURIAM:

J.D.H. appeals his conviction for domestic assault in the second degree, section 565.073. J.D.H. claims that the trial court erred in refusing to admit evidence aimed at impeaching the testimony of the victim. We affirm. Rule 30.25(b).

fective assistance of counsel when counsel failed to call character witnesses on Wolfram's behalf at his sentencing hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

■

**Cody N. WOLFRAM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73408.**

Missouri Court of Appeals, Western District.

Feb. 28, 2012.

Susan L. Hogan, for Appellant.

Theodore A. Bruce, for Respondent.

Before Division Three: JAMES M. SMART, Presiding Judge, VICTOR C. HOWARD and JAMES E. WELSH, Judge.

*ORDER*

PER CURIAM:

Cody Wolfram appeals the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Wolfram claims that the motion court clearly erred in denying his motion because he received inef-

■

**Eskew R. JACKSON III, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73516.**

Missouri Court of Appeals, Western District.

Feb. 28, 2012.

Craig A. Johnston, Assistant State Public Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division II: GARY D. WITT, Presiding Judge, and JOSEPH M. ELLIS and MARK D. PFEIFFER, Judges.

## Order

PER CURIAM:

Eskew R. Jackson III appeals the judgment of the Circuit Court of Jackson County, Missouri, denying his Rule 24.035 motion for post-conviction relief. After being charged with four counts of robbery